```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 07372
   JANET H WOJTASIK
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-9912

------------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/02/2005 and was confirmed 04/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/16/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
DELL FINANCIAL             SECURED                 400.00        8.88         400.00
DELL FINANCIAL             UNSEC W/INTER           964.05      118.97         964.05
LASALLE BANK               SECURED                    .00         .00            .00
ALLIED INTERSTATE          UNSEC W/INTER  NOT FILED              .00            .00
BLAIR CORPORATION          UNSEC W/INTER           826.26       98.40         826.26
BMG                        UNSEC W/INTER  NOT FILED              .00            .00
WORLD FINANCIAL NETWORK    UNSEC W/INTER           379.58       45.87         379.58
CAPITAL ONE                UNSEC W/INTER  NOT FILED              .00            .00
CAPITAL ONE                UNSEC W/INTER  NOT FILED              .00            .00
COSMETIQUE                 UNSEC W/INTER  NOT FILED              .00            .00
EMERGE MASTERCARD          UNSEC W/INTER          3169.12      377.41        3169.12
FIGIS INC                  UNSEC W/INTER  NOT FILED              .00            .00
HEALTHY & HEARTY DIABETI   UNSEC W/INTER  NOT FILED              .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER           947.89      108.29         947.89
WORLD FINANCIAL NETWORK    UNSEC W/INTER           368.22       44.45         368.22
THE SWISS COLONY           UNSEC W/INTER           651.89       75.09         651.89
THOMAS J RUSSELL           NOTICE ONLY    NOT FILED              .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY          2,579.00                    2,579.00
TOM VAUGHN                 TRUSTEE                                            711.45
DEBTOR REFUND              REFUND                                           1,626.74

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             13,501.56

PRIORITY                                      .00
SECURED                                    400.00
    INTEREST                                 8.88
UNSECURED                                7,307.01
    INTEREST                               868.48

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 07372 JANET H WOJTASIK
```

```
ADMINISTRATIVE                                                2,579.00
TRUSTEE COMPENSATION                                            711.45
DEBTOR REFUND                                                 1,626.74
                                     ---------------    ---------------
TOTALS                                     13,501.56          13,501.56
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/11/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                          PAGE   2
         CASE NO. 05 B 07372 JANET H WOJTASIK